R E C E I V E D

JUL 2 2 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN ROBERTSON and SAMUEL ROBERTSON,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, CO., and MITSUBISHI TANABE PHARMA CORP.,<br><br>Defendants. | CIVIL ACTION NO.  3:16-cv-02050-MAS-LHG<br><br>CIVIL ACTION<br><br>**CONSENT ORDER**<br><br>(Document Filed Electronically) |

**THIS MATTER** having been brought before the Court by Seeger Weiss, LLP, attorneys

for the above-captioned Plaintiffs, with the consent of Michael C. Zogby, attorney for

Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson ("Defendants"), for the entry

of an Order extending time in which Plaintiffs may oppose to Defendants' Motion to Dismiss

(ECF No. 10-1),

IT IS on this 22nd day of July_____, 2016,

**ORDERED** that Plaintiffs' time to answer, move, or otherwise reply to Defendants'

Motion to Dismiss is hereby extended through and including **August 15, 2016**, the deadline for

Defendants' reply shall be on or before **August 29, 2016**, and the return date shall be adjourned

to **September 6, 2016**.

_____
Hon. Michael Shipp, U.S.D.J.

We consent to the form, substance and entry of this order:

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | SEEGER WEISS LLP |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

By: /s/ *Michael C. Zogby*          By: /s/ *Christopher A. Seeger*

       Michael C. Zogby                    Christopher A. Seeger

                                       David R. Buchanan

                                       Jeffery S. Grand

                                       Daniel R. Leathers

Dated: July 21, 2016                 Dated: July 21, 2016